# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Alexis Flint, et al.

                              Plaintiff,

v.                                                           Case No.: 3:23−cv−01023

Dollar General Corporation

                              Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/27/2023 re [21].

                                                                               Lynda M. Hill
                                                     <u>s/ Annecia L Donigan, Deputy Clerk</u>